**Brenda BROWN, Plaintiff—Appellant,**

v.

**GREEN SPRING VILLAGE INCORPORATED, Defendant—Appellee,**

**and**

**Erickson Retirement Community Green Spring Village, Defendant.**

**No. 09–1958.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2010.

Decided: Aug. 16, 2010.

Brenda Brown, Appellant Pro Se. Tyler Brown, Jackson Lewis LLP, Reston, Virginia; Jennifer Anne Harper, Jackson Lewis LLP, Vienna, Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Brown appeals the district court's final order granting summary judgment to Green Spring Village, Inc. on Brown's remaining claim under the Family Medical Leave Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Green Spring Village, Inc.*, No. 1:08–cv–01043–LMB–TRJ (E.D. Va. filed Aug. 21, 2009; entered Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*